**FILED**
AUG 21 2009
CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION AT SANTA ANA
BY _____ DEPUTY

O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | **09-1883M** |
| v. | ) | ORDER OF DETENTION AFTER HEARING |
| RAUL PALOMARES FLORES, | ) | (18 U.S.C. § 3142(i)) |
| Defendant. | ) | |

I.

A. ( )  On motion of the Government involving an alleged

    1. ( )  crime of violence;

    2. ( )  offense with maximum sentence of life imprisonment or death;

    3. ( )  narcotics or controlled substance offense with maximum sentence of ten or more years (21 U.S.C. §§ 801,/951, et. seq.,/955a);

    4. ( )  felony - defendant convicted of two or more prior offenses described above.

B. On motion ( ) (by the Government) / ( ) (by the Court sua sponte involving)

    1. ( X )  serious risk defendant will flee;

    2. ( )  serious risk defendant will

        a. ( )  obstruct or attempt to obstruct justice;

        b. ( )  threaten, injure, or intimidate a prospective witness or juror or attempt to do so.

1                                   II.

2   The Court finds no condition or combination of conditions will reasonable assure:

3   A. ( X )   appearance of defendant as required; and/or

4   B. ( ) safety of any person or the community;

5                                   III.

6   The Court has considered:

7   A. ( x) the nature and circumstances of the offense;

8   B. (x) the weight of evidence against the defendant;

9   C. (x) the history and characteristics of the defendant;

10  D. ( ) the nature and seriousness of the danger to any person or to the community.

11                                  IV.

12  The Court concludes:

13  A. ( ) Defendant poses a risk to the safety of other persons or the community because:

14

15  B. (x )    History and characteristics indicate a serious risk that defendant will flee because:

16          **Defendant is undocumented.  He has no ties to the community and no bail**

17          **resources.**

18

19  C. ( ) A serious risk exists that defendant will:

20          1. ( )   obstruct or attempt to obstruct justice;

21          2. ( )   threaten, injure or intimidate a witness/ juror; because:

22

23  D. ( ) Defendant has not rebutted by sufficient evidence to the contrary the presumption

24          provided in 18 U.S.C. § 3142 (e).

25  ///

26  ///

27  ///

28  ///

---

**ORDER OF DETENTION AFTER HEARING (18 U.S.C. §3142(i))**

1  IT IS ORDERED that defendant be detained prior to trial.

2  IT IS FURTHER ORDERED that defendant be confined as far as practicable in a corrections
3  facility separate from persons awaiting or serving sentences or person held pending appeal.

4  IT IS FURTHER ORDERED that defendant be afforded reasonable opportunity for private
5  consultation with his counsel.

8  Dated: August 21, 2009

                              Marc L. Goldman
                              U.S. Magistrate Judge